IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT STEED,

    Plaintiff,

  v.

                                      Case No.   19-cv-609-jdp

KARL HOFFMAN, FERN SPRINGS,
and MINDY HAMS,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 1/6/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |